## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

MANZOOR JAGHOORI,

                    **Petitioner,**

        **v.**                      **CASE NO. 21-3229-SAC**

DON LANGFORD,

                    **Respondent.**


## MEMORANDUM AND ORDER


This matter is a petition for writ of habeas corpus filed under 28 U.S.C. § 2254. The Court has reviewed Petitioner's motion to proceed *in forma pauperis* and the supporting documents (Doc. 3) and will deny the motion. Petitioner is therefore directed to pay the $5.00 statutory filing fee on or before November 29, 2021.

On October 26, 2021, Petitioner filed his amended petition for writ of habeas corpus and attachments. (Doc. 7.) The Court has examined the petition and finds that:

1. Petitioner is presently a prisoner in the custody of the State of Kansas; and

2. Petitioner demands his release from such custody, and as grounds therefore alleges that he is being deprived of his liberty in violation of his rights under the Constitution of the United States, and he claims that he has exhausted all remedies afforded by the courts of the State of Kansas.

**IT IS THEREFORE ORDERED** that Petitioner's motion for leave to proceed *in forma pauperis* (Doc. 3) is **denied.** Petitioner is directed

to pay the statutory filing fee of $5.00 on or before November 29, 2021.

**IT IS FURTHER ORDERED:**

1. That Respondent is hereby required to show cause within thirty (30) days from the date of this order why the writ should not be granted.

2. That the response should present:

   a. The necessity for an evidentiary hearing on each of the grounds alleged in Petitioner's pleading; and

   b. An analysis of each of said grounds and any cases and supporting documents relied upon by Respondent in opposition to the same.

Respondent shall cause to be forwarded to this court for examination and review the following:

The records and transcripts, if available, of the criminal proceedings complained of by Petitioner; if a direct appeal of the judgment and sentence of the trial court was taken by Petitioner, Respondent shall furnish the records, or copies thereof, of the appeal proceedings.

3. Upon the termination of the proceedings herein, the clerk of this Court will return to the clerk of the proper state court all state court records and transcripts.

4. That Petitioner be granted thirty (30) days after receipt by him of a copy of Respondent's answer and return to file a traverse thereto, admitting or denying, under oath, all factual allegations therein contained.

5. That the clerk of this Court then return this file to the undersigned judge for such other and further proceedings as

may be appropriate; and that the clerk of this Court transmit copies of this order to Petitioner and to the office of the Attorney General for the State of Kansas.

**IT IS SO ORDERED.**

DATED:  This 27th day of October, 2021, at Topeka, Kansas.

S/ Sam A. Crow

SAM A. CROW
U.S. Senior District Judge